DISMISS; Opinion issued September 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00215-CV

## LUCILLE SMITH, Appellant

## V.

## ZURICH NORTH AMERICA, Appellee

### On Appeal from the Justice Court
### Dallas County, Texas
### Justice Court Cause No. JP0800409P

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Francis

Appearing pro se, Lucille Smith appeals the justice court's judgment. Because an appeal from a justice court lies in either the county or district court, not the court of appeals, we questioned our jurisdiction over this appeal and directed Smith to file a letter brief addressing our concern. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.001 (West 2008); *Tejas Elevator Co. v. Concord Elevator, Inc.*, 982 S.W.2d 578, 578 (Tex. App.—Dallas 1998, no pet.) (mem. op.). Smith complied, responding that the appeal should be heard in this Court because appellee Zurich North America "is located . . . in Dallas" and a "Dallas small claims court heard [her] small claim in Dallas." Although directed to file a response to Smith's letter brief, Zurich failed to do so.

Our jurisdiction is fundamental and, subject to a few mostly statutory exceptions, can only

be invoked by the timely filing of a notice of appeal from a final judgment of a district or county court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West Supp. 2012); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 232 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *K & S Interest v. Tex. Am. Bank/Dallas*, 749 S.W.2d 887, 890 (Tex. App.—Dallas 1988, writ denied). Smith's appeal from the justice court does not invoke our jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Tejas*, 982 S.W.2d at 579.

MOLLY FRANCIS
JUSTICE

120215F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LUCILLE SMITH, Appellant

No. 05-12-00215-CV        V.

ZURICH NORTH AMERICA, Appellee

Appeal from the Justice Court of Dallas County, Texas. (Tr.Ct.No. JP0800409P).
Opinion delivered by Justice Francis, Justices Morris and Murphy participating.

    In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee ZURICH NORTH AMERICA recover its costs, if any, of this appeal from appellant LUCILLE SMITH.

Judgment entered September 27, 2012.

_____
MOLLY FRANCIS
JUSTICE